MYRON WINTERS, Appellant, *v.* NORTH KENSINGTON REFINERY, INC., Respondent.

Submitted January 19, 1940; decided March 5, 1940.

*Michael C. Bernstein* and *Bernard Tomson* for appellant.
*Edward Alan Shure* and *Isidore Mesibov* for respondent.

Judgments reversed and new trial granted, with costs to abide the event. We conclude that ambiguities present in the written contract of employment make doubtful the intent of the parties and present questions of fact to be determined by a jury upon proof of circumstances surrounding the execution of the contract, which evidence

must be consistent with the terms of the agreement and explanatory of its meaning. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.